612

452 A.2d 1092

Commonwealth v. Ross, Appellant.

Submitted June 21, 1982. Gary Phillip Heslin, for appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Judgment of sentence affirmed.

452 A.2d 1092

Commonwealth v. Swanger, Appellant.

Petition for Allowance of Appeal Denied Feb. 22, 1983.

Submitted December 2, 1981. Frederick S. Wolf, for appellant; Robert W. Feeman, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.